ACCEPTED
15-25-00055-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/5/2025 12:37 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00055-CV

**IN THE COURT OF APPEALS
FOR THE 15TH DISTRICT AT AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/5/2025 12:37:52 PM
CHRISTOPHER A. PRINE
Clerk

**Frisco Summit, LP, et al.,**
*Appellants,*

v.

**Frisco Multifamily GP, LLC, et al.,**
*Appellees.*

*Appeal from Cause No. 493-01132-2023
In the 493rd District Court of Collin County, Texas
Honorable Ashley L. Boyd*

**APPELLEES' UNOPPOSED MOTION TO
EXTEND TIME TO FILE RESPONSE BRIEF**

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellees Frisco Multifamily Land GP, LLC; Carleton Development, Ltd.; GH Southwest II, Inc.; Frisco Summit I, LP; Frisco Summit I GP, LLC; Salt River Capital, Inc.; Frisco Summit II, LP; Frisco Summit II GP, LLC; Printice L. Gary; Jeffrey D. Fulenchek; and Neal R. Hildebrandt, move this Court for an extension of time to file their response brief.

**INTRODUCTION**

1.    On March 13, 2025, Appellants filed a notice of appeal in the Court of Appeals for the Fifth District of Texas at Dallas from a Final Judgment signed on January 24, 2025.

1

2. On April 16, 2025, the Supreme Court of Texas transferred the case to the Fifteenth District Court of Appeals at Austin, Texas.

3. On October 7, 2025, Appellants filed their brief.

4. Appellees' brief is currently due on November 6, 2025. Appellees seek a 30-day extension of time, until December 5, 2025, in which to file their brief.

5. This is Appellees' first request for an extension of time to file their brief and the extension sought will not materially delay resolution of this appeal.

## ARGUMENT AND AUTHORITIES

6. This Court may extend the time to file a brief under the authority of TEX. R. APP. P. 38.6(d).

7. In addition to a pre-planned family trip in October, counsel for Appellees has been engaged in other time sensitive matters including:

    a. Mediation on October 9, 2025;

    b. Pre-trial deadlines for a case pending in Denton County;

    c. Several filing deadlines for a case pending in the Northern District of Texas;

    d. Several filing deadlines for a case pending in the Southern District of California;

    e. Several deadlines for a case pending in the Business Court of Texas, First Division; and

    f. Trial in Tarrant County on November 5, 2025.

**CONCLUSION AND PRAYER**

For the foregoing reasons, Appellees Frisco Multifamily Land GP, LLC; Carleton Development, Ltd.; GH Southwest II, Inc.; Frisco Summit I, LP; Frisco Summit I GP, LLC; Salt River Capital, Inc.; Frisco Summit II, LP; Frisco Summit II GP, LLC; Printice L. Gary; Jeffrey D. Fulenchek; and Neal R. Hildebrandt, request that the Court grant a 30-day extension of time to file Appellees' response brief until December 5, 2025 and for such and further relief to which Appellees may be justly entitled.

Respectfully submitted,

FERGUSON BRASWELL FRASER KUBASTA PC

By: */s/ Ryan D. Marrone*
     John D. Fraser
     State Bar No. 07393550
     Ryan D. Marrone
     State Bar No. 24094567
     Luc J. Whyte
     State Bar No. 24135117
     2500 Dallas Parkway, Suite 600
     Plano, Texas 75093
     Telephone: 972.378.9111
     Facsimile: 972.378.9115
     Email: rmarrone@fbfk.law
     Email: jfraser@fbfk.law
     Email: lwhyte@fbfk.law

     J. Beverly
     State Bar No. 02277280
     3200 Southwest Freeway, Suite 3200
     Houston, Texas 77046

Telephone: 713-403-4200
Facsimile: 713-403-4201
Email: jb@fbfk.law

ATTORNEYS FOR APPELLEES


**CERTIFICATE OF CONFERENCE**

Counsel for Appellees, Ryan D. Marrone, conferred by email with counsel for Appellants, Mitchell Madden, on November 4, 2025, regarding this motion and counsel indicated that the relief requested herein is unopposed.


*/s/ Ryan D. Marrone*
Ryan D. Marrone

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, the foregoing Motion was filed with the Clerk of the Court using the Court's electronic filing system. True and correct copies will be electronically served by the electronic filing system on the following individuals:

Mitchell Madden
mmadden@hjmmlegal.com
Melissa Johnson
melissa@hjmmlegal.com
HOLMGREN JOHNSON: MITCHELL MADDEN, LLP
12801 North Central Expressway, Suite 140
Dallas, Texas 75243

James A. Moseley
jmoseley@grayreed.com
William N. Drabble
wdrabble@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

*Attorneys for Appellants*

/s/ Ryan D. Marrone
Ryan D. Marrone

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Staci Bednarski on behalf of Ryan Marrone
Bar No. 24094567
sbednarski@fbfk.law
Envelope ID: 107694298
Filing Code Description: Motion
Filing Description: Appellees' Unopposed Motion to Extend Time to File Response Brief
Status as of 11/5/2025 1:45 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| William NDrabble | | wdrabble@grayreed.com | 11/5/2025 12:37:52 PM | SENT |
| tania flores | | tflores@hjmmlegal.com | 11/5/2025 12:37:52 PM | SENT |
| Jim Moseley | | jmoseley@grayreed.com | 11/5/2025 12:37:52 PM | SENT |
| Christi Lillie | | clillie@grayreed.com | 11/5/2025 12:37:52 PM | SENT |
| Mitchell Madden | | Mmadden@hjmmlegal.com | 11/5/2025 12:37:52 PM | SENT |
| Shawnte Kinney | | skinney@hjmmlegal.com | 11/5/2025 12:37:52 PM | SENT |
| Melissa Johnson | | Melissa@hjmmlegal.com | 11/5/2025 12:37:52 PM | SENT |
| Ryan D.Marrone | | rmarrone@fbfk.law | 11/5/2025 12:37:52 PM | SENT |
| John D.Fraser | | jfraser@fbfk.law | 11/5/2025 12:37:52 PM | SENT |
| Luc J.Whyte | | lwhyte@fbfk.law | 11/5/2025 12:37:52 PM | SENT |
| Staci Bednarski | | sbednarski@fbfk.law | 11/5/2025 12:37:52 PM | SENT |
| Joe W.Beverly | | jb@fbfk.law | 11/5/2025 12:37:52 PM | SENT |